UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Chapter 13 |
|---|---|---|
|  | : |  |
| Taylor Repine | : |  |
| Debtor | : | Bankruptcy No. 18-16578-mdc |

### TRUSTEE'S CERTIFICATION OF DEFAULT

Jacqueline M. Chandler, Esquire, staff attorney for William C. Miller, Esquire, Chapter 13 standing trustee, hereby certifies, pursuant to the court's instructions, that the Debtor has failed to comply with the terms of the court's direction dated February 21, 2019 and related court hearings in that she has failed to provide the following:

1. Proof of $2,500 TFS payment to the Trustee by 5 p.m. on February 28, 2019.

In accordance with the terms of the above-referenced Order, the case shall be/remain DISMISSED AND DEBTOR BARRED FROM FILING ANY FURTHER CASES WITHOUT PRIOR COURT APPROVAL FOR 24 MONTHS PER THIS COURT'S ORDER IN CASE NO. 18-10823. The standing trustee requests that the Court enter an Order in the form annexed hereto.

Date: March 5, 2019

/s/ Jacqueline M. Chandler for

William C. Miller, Esquire
Chapter 13 Standing Trustee