UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
:  Chapter 13
Taylor Repine    :
    Debtor    :  Bankruptcy No. 18-16578-mdc

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this 7th day of March, 2019 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED,** that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Order previously entered in case 18-10823 on September 28, 2018 by and among the standing trustee, the debtor will be barred from filing any case for Twenty-Four (24) months following a dismissal without court approval, in accordance with the express terms of such ORDER.

BY THE COURT

_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc:
Taylor Repine
2003 Naamans Creek Road
Boothwyn, PA 19061

MICHAEL T. MALARICK
Michael T. Malarick, Esq. PC
2211 Chichester Ave.
Suite 201-B
Boothwyn, PA 19061

William C. Miller, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Office of the U.S. Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA 19107