United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16578-mdc
Taylor Repine                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia            Page 1 of 2              Date Rcvd: Mar 07, 2019
                             Form ID: pdf900           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
```
db             +Taylor Repine,    2003 Naamans Creek Road,    Boothwyn, PA 19061-3343
14207090       +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
14207093        Charles Schiliro,    1137 Green Street,    Marcus Hook, PA 19061
14207094       +McCabe, Weisberg & Conway, LLC,    123 South Broad Street,    Suite 1400,
                 Philadelphia, PA 19109-1060
14271495       +Nationstar Mortgage LLC,    dba Mr. Cooper,    c/o Francis T. Tarlecki, Esq.,
                 123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
14271128       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    C/O McCabe, Weisberg & Conway, LLC,    Suite 1400,
                 123 South Broad Street,    Philadelphia, PA 19109-1060
14275262       +Nationstar Mortgage LLC dba,    Mr. Cooper,    c/o Kevin G. McDonald, Esq.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14220955       +Pacific Union Financial LLC,    c/o Raymond M. Kempinski, Esq.,    123 South Broad Street,
                 Suite 1400,    Philadelphia, PA 19109-1060
14220764       +Pacific Union Financial, LLC,    C/O McCabe, Weisberg & Conway, LLC,    Suite 1400,
                 123 South Broad Street,    Philadelphia, PA 19109-1060
14207096       +Recovery One,    Attn: Bankruptcy Department,    3240 Henderson Road,    Columbus, OH 43220-2300
14207098      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 08 2019 02:49:14     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2019 02:48:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 08 2019 02:49:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14207091       +E-mail/Text: ally@ebn.phinsolutions.com Mar 08 2019 02:48:25      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
14214601        E-mail/Text: ally@ebn.phinsolutions.com Mar 08 2019 02:48:25      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14207092       +E-mail/Text: agency@americanfirstfinance.com Mar 08 2019 02:49:20      Amer Fst Fin,
                 7330 W. 33rd Street,    Wichita, KS 67205-9369
14227194        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 08 2019 02:48:59      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14244167        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 02:53:27
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14207095       +E-mail/Text: bankruptcy@loanpacific.com Mar 08 2019 02:49:25     Pacific Union Financial, LLC,
                 1603 LBJ Freeway,    Suite 500,    Farmers Branch, TX 75234-6071
14207097       +E-mail/Text: clientservices@simonsagency.com Mar 08 2019 02:49:21      Simons Agency, Inc.,
                 Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
14207099       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 08 2019 02:48:23
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                             TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14241033*      +Pacific Union Financial, LLC,    1603 LBJ Freeway, STE 500,    Farmers Branch, TX 75234-6071
                                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Mar 07, 2019
                              Form ID: pdf900             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfmail@ecf.courtdrive.com,   ecfmail@mwc-law.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              MICHAEL T. MALARICK    on behalf of Debtor Taylor   Repine michael@malaricklaw.com,
               t.mr70336@notify.bestcase.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :    Chapter 13
Taylor Repine                                       :
                Debtor                              :    Bankruptcy No. 18-16578-mdc

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this _____7th_____ day of __March__, 2019 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED**, that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Order previously entered in case 18-10823 on September 28, 2018 by and among the standing trustee, the debtor will be barred from filing any case for Twenty-Four (24) months following a dismissal without court approval, in accordance with the express terms of such ORDER.

BY THE COURT

_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc:
Taylor Repine
2003 Naamans Creek Road
Boothwyn, PA 19061

MICHAEL T. MALARICK
Michael T. Malarick, Esq. PC
2211 Chichester Ave.
Suite 201-B
Boothwyn, PA 19061

William C. Miller, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Office of the U.S. Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA 19107